# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

TONYA STACKER,

   Plaintiff,

v.

AARGON AGENCY, INC.,

   Defendant.

Case No: 3:19-cv-00078-NJR-RJD

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that TONYA STACKER ("Plaintiff") and AARGON AGENCY, INC. ("Defendant"), hereby notify the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate on filing a stipulation of dismissal with prejudice within 45 days.

Respectfully submitted this 4th day of December, 2019.

                                                 Respectfully submitted,

                                                 *s/ Mohammed O. Badwan*
                                                 Mohammed O. Badwan
                                                 Sulaiman Law Group, Ltd.
                                                 2500 S. Highland Ave., Ste. 200
                                                 Lombard, IL 60148
                                                 Phone: (630) 575-8180
                                                 mbadwan@sulaimanlaw.com
                                                 *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*s/ Mohammed O. Badwan*