UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| TONYA STACKER,<br><br>Plaintiff,<br><br>v.<br><br>AARGON AGENCY, INC.,<br><br>Defendant. | Case No.: 3:19-cv-00078-NJR-RJD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, TONYA STACKER and the Defendant AARGON AGENCY, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant AARGON AGENCY, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 27, 2019                                          Respectfully Submitted,

TONYA STACKER                                                    AARGON AGENCY, INC.

*/s/ Mohammed O. Badwan*                                  */s/ David J. Kaminski (with consent)*
Mohammed O. Badwan                                          David J. Kaminski
*Counsel for Plaintiff*                                              *Counsel for Defendant*
Sulaiman Law Group, Ltd.                                       Carlson & Messer, LLP
2500 S. Highland Ave., Ste. 200                              5901 West Century Boulevard, Suite 1200
Lombard, Illinois 60148                                           Los Angeles, California 90045
Phone: (630) 575-8181                                            Phone: (310) 242-2200
mbadwan@sulaimanlaw.com                                 kaminskid@cmtlaw.com