IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TONYA STACKER,

        Plaintiff,

v.

AARGON AGENCY, INC.,

        Defendant.

Case No. 19-cv-78-NJR-RJD

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order dated December 5, 2019 (reflecting that the action has settled in its entirety) (Doc. 28), and the Stipulation of Dismissal filed on December 27, 2019 (Doc. 29), this action is **DISMISSED with prejudice**.

    **DATED: December 30, 2019**

                              MARGARET M. ROBERTIE,
                              Clerk of Court

                              By:  s/ Deana Brinkley
                                      Deputy Clerk

**APPROVED:** _____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**